# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KULDEEP KAUR,<br><br>          Plaintiff,<br><br>v.<br><br>CREDITONE, LLC,<br><br>          Defendant. | Case No. 20-CV-1076-JPS<br><br>**ORDER** |

On July 15, 2020, Plaintiff filed a complaint in the above-captioned matter alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. (Docket #1). That same day, Plaintiff filed a motion to certify the class described in the complaint, for relief from briefing requirements, and to stay class certification. (Docket #3). On October 19, 2020, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Docket #5). No class has been certified in this case. Further, Defendant has served neither an answer nor a motion for summary judgment. Thus, the Court will adopt Plaintiff's notice of voluntary dismissal. (Docket #5). Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to certify the class described in the complaint, for relief from briefing requirements, and to stay class certification (Docket #3) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 21st day of October, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge